Eric D. Ridley [SBN 273702]
Law Offices of Eric Ridley
567 W. Channel Islands Blvd. #210
Port Hueneme, CA 93041
(805) 244-5291 voice
(888) 953-3884 facsimile
ridley.eric@gmail.com

Attorney for Plaintiff, CRAIG SCHMITMAN

# UNITED STATES DISTRICT COURT

# CENTRAL JUDICIAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SCHMITMAN, a natural person;<br><br>     Plaintiff,<br><br>vs.<br><br>CHARLES BUXTON GATES, a natural person; BEVERLY AND COMPANY, Inc; and DOES 1-10, and each of them, inclusive,<br><br>     Defendants | Case No.: 2:21-cv-1010<br><br>ORDER OF DISMISSAL OF ENTIRE ACTION |

The parties, Plaintiff CRAIG SCHMITMAN and Defendants CHARLES BUXTON GATES and BEVERLY AND COMPANY, Inc., through their respective attorneys, hereby stipulate as follows:

   1.   Plaintiff's entire complaint against Defendants CHARLES BUXTON GATES and BEVERLY AND COMPANY, Inc., is hereby dismissed with prejudice; and

   2.   All parties shall bear their own attorneys' fees and costs.

1

IT IS SO STIPULATED.

DATED: 8/4/2021　　　　　　　　　LAW OFFICE OF ERIC RIDLEY

By /s/ Eric D. Ridley
Eric D. Ridley
Attorneys for Plaintiff,
CRAIG SCHMITMAN

DATED: 8/3/2021　　　　　　　　　LAW OFFICE OF MICHAEL P NEWMAN

By *Michael Newman*
Michael Paul Newman
Attorneys for Defendants,
CHARLES BUXTON GATES and BEVERLY AND COMPANY, Inc.

**ORDER**

Based on the foregoing Stipulation of Counsel, IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: August 5, 2021　　　　　　 _____
　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION